ACCEPTED
09-17-00093-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/11/2017 10:38 AM
CAROL ANNE HARLEY
CLERK

NO. 09-17-00093-CR

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/11/2017 10:38:51 AM
CAROL ANNE HARLEY
Clerk

IN THE COURT OF APPEALS
NINTH DISTRICT OF TEXAS AT
BEAUMONT

ROBERTO ISMAIEL ALVARADO
Appellant,

vs.

THE STATE OF TEXAS,
Appellee

On Appeal from the 253RD Judicial District Court of
of Liberty County; Trial Court Cause No. CR32361

# MOTION TO WITHDRAW

**TO THE HONORABLE JUDGES OF SAID COURT:**

COMES NOW, WALTER P. FONTENOT, Appellate Attorney for Appellant, Roberto Ismaiel Alvarado, and files this his Motion to Withdraw, and, in support of said Motion, would show the following, to wit:

I.

Your attorney, Walter P. Fontenot, has filed an "Anders" Brief. In accordance with said procedures, this Motion is being submitted.

Respectfully submitted,

WALTER P. FONTENOT
414 Main St.
Liberty, TX 77575
Phone: (936) 336-8753

Fax: (936) 336-6531
walterpfontenot@yahoo.com
State Bar No.: 07218500
Attorney for Appellant